IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEROME ANTONIO LUNDY,

     Appellant,

v.

     Case No. 5D23-134
     LT Case No. 16-2010-CF-9347

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed January 10, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Ryan Edward McFarland, of Kent &
McFarland, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and
Damaris Reynolds, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., MAKAR and JAY, JJ., concur.